**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Georgia**

Case number (*If known*): _____

Chapter you are filing under:

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:

**Gladys**
First name

**Violeta**
Middle name

**Carrasco Diaz**
Last name

_____
Suffix (Sr., Jr., II, III)

About Debtor 2 (Spouse Only in a Joint Case):

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr., II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

About Debtor 1:

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

_____
Business name (if applicable)

_____
Business name (if applicable)

About Debtor 2:

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

_____
Business name (if applicable)

_____
Business name (if applicable)

Debtor 1   **Gladys**        **Violeta**        **Carrasco Diaz**          Case number *(if known)*
          First Name        Middle Name        Last Name

**3.** **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx  – xx – **5  9  4  6**

OR

**9** xx  – xx – ___ ___ ___ ___

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

xxx  – xx – ___ ___ ___ ___

OR

**9** xx  – xx – ___ ___ ___ ___

**4.** **Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

**5.** **Where you live**

**2034 Chancellor Court**
Number        Street

_____

**Snellville**        **GA**    **30078**
City          State    ZIP Code

**GWINNETT**
County

**If your mailing address is different from the one  above, fill it in here.** Note that the court will send  any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City          State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City          State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City          State   ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition,  I have lived in this district longer than in any  other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition,  I have lived in this district longer than in any  other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

_____

_____

_____

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor 1  **Gladys**        **Violeta**        **Carrasco Diaz**                  Case number *(if known)* _____
_____
First Name      Middle Name      Last Name

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for Bankruptcy within the last 8 years?**

☒ No

☐ Yes.

| | District _____ | When _____ MM/DD/YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM/DD/YYYY | Case number _____ |
| | District _____ | When _____ MM/DD/YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |

---

Official Form 101 · **Voluntary Petition for Individuals Filing for Bankruptcy** · page 3 of 8

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor 1  **Gladys**          **Violeta**          **Carrasco Diaz**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

**11.  Do you rent your residence?**

☒ No   Go to line 12.

☐ Yes   Has your landlord obtained an eviction judgment against you?

☒ No   Go to line 12.

☐ Yes   Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

**Part 3:     Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____

Name of business, if any

_____

Number          Street

_____

City          State          Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1  **Gladys**          **Violeta**          **Carrasco Diaz**                    Case number *(if known)* _____
          First Name          Middle Name          Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.     What is the hazard?     _____

_____

If immediate attention is needed, why is it needed?     _____

_____

Where is the property?     _____

          Number          Street

_____

_____
City                    State     Zip Code

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 5 of 8

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

Debtor 1    **Gladys          Violeta          Carrasco Diaz**                    Case number *(if known)* _____

        First Name        Middle Name       Last Name

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.   Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 6 of 8

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1    **Gladys**           **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____
            First Name         Middle Name         Last Name

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☒ 1-49

☐ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5,001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☒ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☒ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1 **Gladys        Violeta        Carrasco Diaz**                    Case number *(if known)* _____
         First Name     Middle Name    Last Name

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Gladys Violeta Carrasco Diaz** _____          ✗ _____
Signature of Debtor 1                                        Signature of Debtor 2

Executed on  **3/1/2025** _____                            Executed on _____
             MM/DD/YYYY                                                  MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Evan Altman** _____          Date  **2/15/2025** _____
Signature of Attorney for Debtor                      MM/DD/YYYY

**Evan Altman** _____
Printed name

**Evan Altman Law Office** _____
Firm name

**8325 Dunwoody Place** _____
Number         Street

**Atlanta** _____          **GA**          **30350** _____
City                              State          Zip Code

Contact phone  **(770) 394-6466** _____          Email address  **EVAN.ALTMAN@LASLAWGROUP.COM**

**014066** _____          **Georgia** _____
Bar number                          State

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*): _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                     04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No.
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **2305 Global Forum Blvd. Unit 831** | From **6/1/2022** | | From _____ |
| Number        Street | To **7/1/2024** | Number        Street | To _____ |
| **Doraville        GA        30340** | | | |
| City        State        ZIP Code | | City        State        ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No.
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   ☐ No.
   ☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1 __Gladys__      __Violeta__      __Carrasco Diaz__      Case number *(if known)* _____

First Name        Middle Name        Last Name

| | | | | | |
|---|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 0.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips | $ 28,000.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2023) | ☑ Wages, commissions, bonuses, tips | $ 53,000.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No.
   ☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2024) | **Personal Injury Settlement** | $ 5,160.00 | | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| | | $ _____ | $ _____ | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| Number        Street | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| City        State   ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | $ _____ | $ _____ | |
| Insider's Name | | | | |
| Number        Street | | | | |
| City        State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | $ _____ | $            0.00 | |
| Insider's Name | | | | |
| Number        Street | | | | |
| City        State   ZIP Code | | | | |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1   **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

   First Name          Middle Name          Last Name

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No.
   ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

   Check all that apply and fill in the details below.

   ☑ No. Go to line 11.
   ☐ Yes. Fill in the information below.

|  | Describe the Property | Date | Value of the Property |
|---|---|---|---|
|  |  |  | $ _____ |
| Creditor's Name |  |  |  |
|  | **Explain what Happened** |  |  |
| Number     Street | ☐ Property was repossessed. |  |  |
|  | ☐ Property was foreclosed. |  |  |
|  | ☐ Property was garnished. |  |  |
| City          State   ZIP Code | ☐ Property was attached, seized, or levied. |  |  |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No.
   ☐ Yes. Fill in the details.

|  | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
|  |  |  | $ _____ |
| Creditor's Name |  |  |  |
| Number     Street |  |  |  |
| City          State   ZIP Code | Last 4 digits of account number: XXXX- _____ |  |  |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☑ No
   ☐ Yes

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 4 of 11

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $ _____ 0.00 |
| _____<br>Number        Street | | _____ | $ _____ 0.00 |
| _____<br>City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No.
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $ _____ 0.00 |
| _____<br>Number        Street | | _____ | $ _____ 0.00 |
| _____<br>City              State   ZIP Code | | | |

---

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor 1 **Gladys** **Violeta** **Carrasco Diaz**  Case number *(if known)* _____

First Name      Middle Name      Last Name

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |
| | | _____ | $ _____ |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Evan M. Altman** <br> Person Who Was Paid | **$1700 attorney fee, $438 filing fee and costs** | _____ | $    2,138.00 |
| **8325 Dunwoody Place Building 2 Suite 200** <br> Number      Street | | _____ | $    0.00 |
| **Atlanta      GA    30350** <br> City      State   ZIP Code | | | |
| _____ <br> Email or Website Address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1    **Gladys**          **Violeta**          **Carrasco Diaz**                 Case number *(if known)* _____

    First Name          Middle Name          Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | $ _____ |
| _____ | | | |
| Person Who Was Paid | | | $ _____ |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City        State  ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No.
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ | | | _____ |
| Person Who Received Transfer | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City        State  ZIP Code | | | |
| Person's relationship to you  _____ | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust  _____ | | _____ |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

Official Form 107              **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page 7 of 11

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor 1   **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

   First Name          Middle Name          Last Name

☑ No.

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | XXXX-_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

Name of Financial Institution

Number     Street

City          State   ZIP Code

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No.

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☑ No<br>☐ Yes |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No.

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☑ No<br>☐ Yes |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor 1    **Gladys**      **Violeta**      **Carrasco Diaz**      Case number *(if known)* _____

First Name      Middle Name      Last Name

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

  ☑ No.

  ☐ Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| | | | $ _____ |
| _____ Owner's Name | | | |
| _____ Number   Street | _____ Number   Street | | |
| _____ City      State   ZIP Code | _____ City      State   Zip Code | | |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

  ☑ No.

  ☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name of Site | _____ Governmental Unit | | |
| _____ Number   Street | _____ Number   Street | | |
| _____ City      State   ZIP Code | _____ City      State   Zip Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

  ☑ No.

  ☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1   **Gladys          Violeta          Carrasco Diaz**          Case number *(if known)* _____
       First Name       Middle Name       Last Name

| | **Governmental Unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Fill in the details.

| | **Court or Agency** | **Nature of the case** | **Status of the case** |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| Case number _____ | Number    Street | | ☐ On appeal |
| | City          State    ZIP Code | | ☐ Concluded |

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 10 of 11
Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Describe the nature of the business**

**Name of Site**

**Number        Street**

**City                State    ZIP Code**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From _____   To   **Present**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**

Include all financial institutions, creditors, or other parties.

☑ No.
☐ Yes. Fill in the details below.

**Date Issued**

Name

MM/DD/YYYY

Number        Street

City                State    ZIP Code

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ **/s/ Gladys Violeta Carrasco Diaz**                ✘ _____
Signature of Debtor 1                                    Signature of Debtor 2

Date   **3/1/2025**                                        Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No.
☐ Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No.
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

**Fill in this information to identify your case and this filing:**

Debtor 1    **Gladys**      **Violeta**      **Carrasco Diaz**
     First Name      Middle Name      Last Name

Debtor 2

(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
| --- | --- |

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................➜ $ **0.00**

| Part 2: | Describe Your Vehicles |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   **3.1**. Make: **Honda**
   Model: **CRV**
   Year: **2022**
   Approximate mileage: **133,000**
   Other information:

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   | --- | --- |
   | $ **21,428.00** | $ **21,428.00** |

   **Note:**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

Debtor 1    **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____
       First Name         Middle Name       Last Name

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................➔  $ _____ **21,428.00**

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    ☐ No
    ☑ Yes. Describe.............................  | **Household goods and furnishings** | $ _____ **150.00**

7.  **Electronics**
    ☐ No
    ☑ Yes. Describe.............................  | **electronics** | $ _____ **100.00**

8.  **Collectibles of value**
    ☑ No
    ☐ Yes. Describe.............................  | | $ _____

9.  **Equipment for sports and hobbies**
    ☑ No
    ☐ Yes. Describe.............................  | | $ _____

10. **Firearms**
    ☑ No
    ☐ Yes. Describe.............................  | | $ _____

11. **Clothes**
    ☐ No
    ☑ Yes. Describe.............................  | **clothing and shoes** | $ _____ **500.00**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 2 of 10

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor 1   **Gladys**         **Violeta**            **Carrasco Diaz**                    Case number *(if known)*
           First Name         Middle Name            Last Name

**12**. **Jewelry**

☑ No

☐ Yes. Describe............................                                                                  $ _____

**13**. **Non-farm animals**

☑ No

☐ Yes. Describe............................                                                                  $ _____

**14**. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Describe............................                                                                  $ _____

15.   **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
      **for Part 3. Write that number here** ................................................................................➔   $ _____ **750.00**

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ...................................                                                                        $ _____

17. **Deposits of Money**

☐ No

☑ Yes ...................................          Institution name:

   **17.1**. **Checking Account**          **Bank of America** _____   $ _____ **50.00**

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ...................................          Institution or issuer name:

                                                                                                                $ _____

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1   __Gladys__      __Violeta__      __Carrasco Diaz__          Case number *(if known)* _____

      First Name         Middle Name      Last Name

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information
about them……………………….

    Name of entity:                     % of ownership:

    _____    _____ %  $ _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information
about them……………………….

    Issuer name:

    _____  $ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

    Type of account:           Institution name:

    _____  $ _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ……………………………..

    Institution name or individual:

    _____  $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ……………………………..

    Issuer name and description:

    _____  $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ……………………………..

    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____  $ _____

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1  __Gladys__        __Violeta__        __Carrasco Diaz__        Case number *(if known)* _____
First Name         Middle Name        Last Name

**25**. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Describe………....................

$ _____

**26**. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☑ No

☐ Yes. Describe………....................

$ _____

**27**. **Licenses, franchises, and other general intangibles**

☑ No

☐ Yes. Describe………....................

$ _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years. ...….……....

Federal:        $ _____

State:          $ _____

Local:          $ _____

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1   **Gladys**      **Violeta**      **Carrasco Diaz**          Case number *(if known)* _____

First Name      Middle Name      Last Name

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information ...........

| | |
|---|---|
| Alimony: | $ _____ |
| Maintenance: | $ _____ |
| Support: | $ _____ |
| Divorce settlement: | $ _____ |
| Property settlement: | $ _____ |

30. **Other amounts someone owes you**

☑ No

☐ Yes. Give specific information. ........            $ _____

31. **Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value ...…

Company name: _____    Beneficiary: _____    Surrender or refund value:
$ _____

32. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe…………………..……….            $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Describe…………………..……….            $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe…………………..……….            $ _____

Official Form 106A/B                          **Schedule A/B: Property**                          page 6 of 10

Copyright © Financial Software Solutions, LLC                          BlueStylus

Debtor 1   **Gladys        Violeta        Carrasco Diaz**            Case number *(if known)* _____

First Name        Middle Name        Last Name

**35**. **Any financial assets you did not already list**

☑   No

☐   Yes. Describe…………………..………        [                    ]        $ _____

**36**. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................ ➔        $ _____**50.00**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.   **Do you own or have any legal or equitable interest in any business-related property?**

☑   No. Go to Part 6.

☐   Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38**. **Accounts receivable or commissions you already earned**

☑   No

☐   Yes. Describe…………………..………        [                    ]        $ _____

**39**. **Office equipment, furnishings, and supplies**

☑   No

☐   Yes. Describe…………………..………        [                    ]        $ _____

**40**. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑   No

☐   Yes. Describe…………………..………        [                    ]        $ _____

**41**. **Inventory**

☑   No

☐   Yes. Describe…………………..………        [                    ]        $ _____

42.   **Interests in partnerships or joint ventures**

☑   No
☐   Yes. Describe ................................        Name of entity:                    % of ownership:

_____        _____ %        $ _____

Official Form 106A/B                **Schedule A/B: Property**                page 7 of 10

Copyright © Financial Software Solutions, LLC                                BlueStylus

Debtor 1    **Gladys**        **Violeta**        **Carrasco Diaz**        Case number *(if known)* _____
      First Name     Middle Name     Last Name

43. **Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes. Describe…………….....

$ _____

44. **Any business-related property you did not already list**
☑ No
☐ Yes. Give specific information ………

$ _____

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...........................................................................➔ $ _____0.00

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

47. **Farm animals**
☑ No
☐ Yes. Describe…………..…………

$ _____

48. **Crops - either growing or harvested**
☑ No
☐ Yes. Describe…………..…………

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes. Describe…………..…………

$ _____

Copyright © Financial Software Solutions, LLC       BlueStylus

Debtor 1   **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

First Name          Middle Name          Last Name

**50**. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes. Describe……………..………… 

$ _____

**51**. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Describe……………..…………

$ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................................... ➔   $ _____ **0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information……...

$ _____ **0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................... ➔   $ _____ **0.00**

Official Form 106A/B                                  **Schedule A/B: Property**                                  page 9 of 10

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor 1   **Gladys**        **Violeta**        **Carrasco Diaz**
     First Name     Middle Name     Last Name         Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.   **Part 1: Total real estate, line 2** ............................................................................➔   $ _____ 0.00

56.   **Part 2: Total vehicles, line 5**   $ _____ 21,428.00

57.   **Part 3: Total personal and household items, line 15**   $ _____ 750.00

58.   **Part 4: Total financial assets, line 36**   $ _____ 50.00

59.   **Part 5: Total business-related property, line 45**   $ _____ 0.00

60.   **Part 6: Total farm- and fishing-related property, line 52**   $ _____ 0.00

61.   **Part 7: Total other property not listed, line 54**   **+** $ _____ 0.00

62.   **Total personal property.** Add line 56 through 61.....................   $ _____ 22,228.00   Copy personal property total ➔  **+** $ _____ 22,228.00

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. .........................................................   $ _____ 22,228.00

---

Official Form 106A/B          **Schedule A/B: Property**          page 10 of 10

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more  space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write  your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Honda CRV 2022 133000**<br>Line from *Schedule A/B*  **3.1** | $  **21,428.00** | ☑ $  **5,000.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **GA § 44-13-100(a)(3)** |
| Brief description: **Household goods and furnishings**<br>Line from *Schedule A/B*  **6.1** | $  **150.00** | ☑ $  **150.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **GA § 44-13-100(a)(4)** |
| Brief description: **electronics**<br>Line from *Schedule A/B*  **7.1** | $  **100.00** | ☑ $  **100.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **GA § 44-13-100(a)(6)** |

Official Form 106C  **Schedule C: The Property You Claim as Exempt**  page 1 of 2

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor 1    **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

    First Name          Middle Name         Last Name

| | | | | |
|---|---|---|---|---|
| Brief description: | **clothing and shoes** | $ 500.00 | ☑ $ 500.00 | **GA § 44-13-100(a)(4)** |
| Line from *Schedule A/B* | **11.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |
| Brief description: | **Bank of America Checking Account** | $ 50.00 | ☑ $ 50.00 | **GA § 44-13-100(a)(6)** |
| Line from *Schedule A/B* | **17.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☑ No

    ☐ Yes

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*):

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| 2.1 | | | | |
|---|---|---|---|---|
| **Driveway Finance** Creditor's Name | Describe the property that secures the claim: | $ 30,827.86 | $ 0.00 | $ 0.00 |

**150 N Bartlett Street**
Number   Street

Describe the property that secures the claim:

**vehicle loan**

**Medford      OR    97501**
City      State   Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of Lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☑ Other (including a right to offset)

**Date debt was incurred** _____   **Last 4 digits of account number** 3093

**Note:**

**Add the dollar value of your entries in Column A on this page. Write that number here:**      $ 30,827.86

| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Driveway Finance**
Name

On which line in Part 1 did you enter the creditor?   **2.1**

**596 Parsons Drive**
Number        Street

Last 4 digits of account number    **3093**

**Medford**                    **OR**      **97501**
City                              State    Zip Code

Official Form 106D        **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

Copyright © Financial Software Solutions, LLC        BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have claims secured by your property?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ | $ 2,163.32 | $ Unknown | $ 0.00 |
| | Priority Creditor's Name | When was the debt incurred? _____ | | | |

**Attn: Insolvency
401 W Peachtree Street NW**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta          GA      30308**
City          State   Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

**Description:**

| tax debt |
|---|

**Note:**

Debtor 1 **Gladys        Violeta        Carrasco Diaz**        Case number *(if known)* _____
         First Name      Middle Name      Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**3.1** **Bank of America**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**100 North Tyron Street**

Number        Street

**Charlotte              NC      28255**

City                State    Zip Code

Last 4 digits of account number    **2468**

**When was the debt incurred?** _____

$              **2,905.21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**credit card**

**Note:**

**3.2** **Capital One**

Nonpriority Creditor's Name

**PO Box 30285**

Number        Street

**Salt Lake City      UT      84130**

City                State    Zip Code

Last 4 digits of account number    **5378**

**When was the debt incurred?** _____

$               **537.74**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**credit card**

**Note:**

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor 1  **Gladys**         **Violeta**         **Carrasco Diaz**     Case number *(if known)* _____
         First Name        Middle Name        Last Name

---

| 3.3 | | |
|---|---|---|

**Capital One**
Nonpriority Creditor's Name

**PO Box 30285**
Number     Street

**Salt Lake City     UT     84130**
City             State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

Last 4 digits of account number   **1934**            $            **69.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**credit card**

---

| 3.4 | | |
|---|---|---|

**Crunch Fitness**
Nonpriority Creditor's Name

**5508 Peachtree Blvd**
Number     Street

**Atlanta          GA     30341**
City             State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

Last 4 digits of account number   **3997**            $            **308.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**gym membership cancellation**

---

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 3 of 8

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1    **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

First Name          Middle Name          Last Name

---

**3.5** | **Macy's**

Nonpriority Creditor's Name

**PO Box 6786**

Number    Street

**Sioux Falls          SD     57117**

City          State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number   **6398**          $          **180.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**credit card**

---

**3.6** | **Oportun**

Nonpriority Creditor's Name

**PO Box 4085**

Number    Street

**Menlo Park          CA     94026**

City          State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number   **2461**          $          **3,498.26**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Personal Loan**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 4 of 8

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1   **Gladys        Violeta        Carrasco Diaz**        Case number *(if known)* _____

First Name        Middle Name        Last Name

---

| 3.7 | **Regional Finance** | Last 4 digits of account number | **3978** | $ | **1,810.20** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**979 Batesville Road
Suite B**

Number        Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Greer            SC    29651**

☐ Unliquidated

City            State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**personal loan**

**Note:**

---

| 3.8 | **Synchrony Bank / Care Credit** | Last 4 digits of account number | **3824** | $ | **1,594.27** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 965061**

Number        Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Orlando            FL    32896**

☐ Unliquidated

City            State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**credit card**

**Note:**

---

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 5 of 8

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1   **Gladys**        **Violeta**        **Carrasco Diaz**                Case number *(if known)* _____

First Name        Middle Name        Last Name

---

| 3.9 | **Wellstar Health System** | Last 4 digits of account number | **9127** | $ | **1,304.69** |

Nonpriority Creditor's Name

**793 Sawyer Road**

Number        Street

**When was the debt incurred?** _____

**Marietta**            **GA**      **30066**

City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Description:**

**medical debt**

**Note:**

---

<table><tr><td>Part 3:</td><td>List Others to Be Notified for a Debt That You Already Listed</td></tr></table>

5.   **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Bank of America**

Name

**5001 Buford Hwy NE**

Number        Street

**Atlanta**            **GA**      **30341**

City                State    Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line   **3.1**   of (*Check one*):   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **2468**

**Capital One**

Name

**675 Ponce De Leon Ave NE**

Number        Street

**Atlanta**            **GA**      **30308**

City                State    Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line   **3.2**   of (*Check one*):   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **5378**

**Oportun**

Name

**2 Circle Star Way**

Number        Street

**San Carlos**          **CA**      **94070**

City                State    Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line   **3.6**   of (*Check one*):   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **2461**

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

Debtor 1    **Gladys        Violeta        Carrasco Diaz**            Case number *(if known)* _____
         First Name      Middle Name     Last Name

**Regional Finance**

Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**322 Oak Street**

Number       Street

Line   **3.7**   of (*Check one*):  ☐  Part 1: Creditors with Priority Unsecured Claims

                                   ☑  Part 2: Creditors with Nonpriority Unsecured Claims

**Gainesville          GA        30501**

City            State     Zip Code

**Last 4 digits of account number**       **3978**

**Synchrony Bank / Care Credit**

Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**4125 Windward Plaza**

Number       Street

Line   **3.8**   of (*Check one*):  ☐  Part 1: Creditors with Priority Unsecured Claims

                                   ☑  Part 2: Creditors with Nonpriority Unsecured Claims

**Alpharetta          GA        30005**

City            State     Zip Code

**Last 4 digits of account number**       **3824**

**Wellstar Health System**

Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**3000 Hospital Blvd**

Number       Street

Line   **3.9**   of (*Check one*):  ☐  Part 1: Creditors with Priority Unsecured Claims

                                   ☑  Part 2: Creditors with Nonpriority Unsecured Claims

**Roswell          GA        30076**

City            State     Zip Code

**Last 4 digits of account number**       **9127**

| | | |
|---|---|---|
| Official Form 106E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 7 of 8 |
| Copyright © Financial Software Solutions, LLC | | BlueStylus |

Debtor 1    **Gladys**      **Violeta**      **Carrasco Diaz**      Case number *(if known)* _____

First Name     Middle Name     Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | | |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | **+** $ | 2,163.32 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 2,163.32 |

**Total claim**

**Total claims from Part 2**

| | | | | |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | **+** $ | 12,207.59 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 12,207.59 |

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 8 of 8

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

**Fill in this information to identify your case:**

Debtor 1 __**Gladys**__ __**Violeta**__ __**Carrasco Diaz**__
First Name          Middle Name          Last Name

Debtor 2 _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☒ No. Go to line 3.

       ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City          State    Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number
(*If known*):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM/DD/YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment Information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **Driver** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | **OK Taxi** | |
| | | **Employer's address** | **3608 Clairmont Road**<br>Number       Street | Number       Street |
| | | | **Atlanta         GA    30319**<br>City          State  Zip Code | City          State  Zip Code |
| | | **How long employed there?** | | |

**Schedule I: Your Income**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | **Gladys** | **Violeta** | **Carrasco Diaz** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,100.00** | $ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | **+** $ **0.00** | **+** $ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **3,100.00** | $ |
| | Copy line 4 here ➜ | 4. | $ **3,100.00** | $ |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ |
| | 5h. **Other deductions.** Specify: _____ | 5h. | **+** $ **0.00** | **+** $ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ **0.00** | $ |
| 7. | **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ **3,100.00** | $ |
| 8. | **List all other income regularly received.** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ |

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1    **Gladys**           **Violeta**           **Carrasco Diaz**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

8f.  **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash
assistance that you receive, such as food stamps (benefits under the
Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.   $_____**0.00**    $_____

8g.  **Pension or retirement income**    8g.   $_____**0.00**    $_____

8h.  **Other monthly income.** Specify: _____    8h. **+** $_____**0.00**   **+** $_____

9.   **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.   $_____**0.00**    $_____

10.  **Calculate monthly income.** Add line 7 + line 9.
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $____**3,100.00** **+** $_____ **=** $____**3,100.00**

11.  **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other
friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+** $_____**0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
     Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.   $____**3,100.00**

**Combined
monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

---

Official Form 106I    **Schedule I: Your Income**    page 3 of 3

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor 1    **Gladys**      **Violeta**      **Carrasco Diaz**
      First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name       Last Name

United States Bankruptcy Court for the:   **Northern District of Georgia**

Case number
(*If known*):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
   MM/DD/YYYY

## Official Form 106J

# Schedule J: Your Expenses       **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| **Part 1:** | **Describe Your Household** |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No

   ☐ Yes. Fill out this information for each dependent…………………

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

Debtor 1   **Gladys**              **Violeta**              **Carrasco Diaz**              Case number *(if known)*
　　　　　First Name　　　　　Middle Name　　　　　Last Name

---

| **Part 2:** | **Estimate Your Ongoing Monthly Expenses** |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | | **Your expenses** |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 886.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 110.00 |
| 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 60.00 |
| 10. | **Personal care products and services** | 10. | $ 10.00 |
| 11. | **Medical and dental expenses** | 11. | $ 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 680.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 286.00 |
| 15d. | Other insurance. Specify: **Renter's Insurance** | 15d. | $ 25.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |

Official Form 106J　　　　　　　　　　**Schedule J: Your Expenses**　　　　　　　　　　page 2 of 3

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor 1   **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

First Name          Middle Name          Last Name

17. **Installment or lease payments:**

17a. Car payments for Vehicle 1     17a.   $ **783.00**

17b  Car payments for Vehicle 2     17b.   $ **0.00**

17c. Other. Specify: _____     17c.   $ **0.00**

17d. Other. Specify: _____     17d.   $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18.   $ **0.00**

19. **Other payments you make to support others who do not live with you.**

Specify: **0** _____     19.   $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

20a. Mortgages on other property     20a.   $ **0.00**

20b. Real estate taxes     20b.   $ **0.00**

20c. Property, homeowner's or renter's insurance     20c.   $ **0.00**

20d. Maintenance, repair, and upkeep expenses     20d.   $ **0.00**

20e. Homeowner's association or condominium dues     20e.   $ **0.00**

21. **Other.** Specify: _____     21.   **+**  $ **0.00**

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.     22a.   $ **3,250.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   $ **0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   $ **3,250.00**

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.   $ **3,100.00**

23b. Copy your monthly expenses from line 22c above.     23b.   **−**  $ **3,250.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.     23c.   $ **-150.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:

Copyright © Financial Software Solutions, LLC                                        BlueStylus

**Fill in this information to identify your case:**

Debtor 1    **Gladys**            **Violeta**            **Carrasco Diaz**
            First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number
(*If known*):

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Part 1: | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.    Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Gladys Violeta Carrasco Diaz**          ✗ _____
   Signature of Debtor 1                           Signature of Debtor 2

   Date    **3/1/2025**                            Date  _____
           MM/DD/YYYY                                     MM/DD/YYYY

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor 1    **Gladys**          **Violeta**          **Carrasco Diaz**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  **Northern District of Georgia**

Case number
            (*If known*):

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
| --- | --- |

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................  $  **0.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B* ....................................................  $  **22,228.00**

   1c. Copy line 63, Total of all property on *Schedule A/B* ..............................................................  $  **22,228.00**

| Part 2: | Summarize Your Liabilities |
| --- | --- |

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ….  $  **30,827.86**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*....................................  $  **2,163.32**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...............................  **+** $  **12,207.59**

   Your total liabilities   $  **45,198.77**

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I* ....................................................  $  **3,100.00**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J* ..............................................................  $  **3,250.00**

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1  __Gladys__        __Violeta__        __Carrasco Diaz__          Case number *(if known)* _____
           First Name         Middle Name          Last Name

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____3,100.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total Claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____0.00 |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor 1      **Gladys**               **Violeta**              **Carrasco Diaz**
_____          _____         _____
First Name               Middle Name              Last Name

Debtor 2      _____
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the:  **Northern District of Georgia**

Case number (*If known*):  _____

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: **Driveway Finance** <br><br> Description of property securing debt: **Honda CRV 2022** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br> ☑ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
| --- | --- |

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1     **Gladys**            **Violeta**          **Carrasco Diaz**              Case number *(if known)* _____

<u>First Name</u>          <u>Middle Name</u>        <u>Last Name</u>

---

| Part 3: | Sign Below |
| --- | --- |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**✗** **/s/ Gladys Violeta Carrasco Diaz**                          **✗** _____

Signature of Debtor 1                                            Signature of Debtor 2

Date    **3/1/2025**                                              Date    _____
MM/DD/YYYY                                                              MM/DD/YYYY

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2 of 2

Copyright © Financial Software Solutions, LLC                                            BlueStylus

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **Gladys**        **Violeta**        **Carrasco Diaz**
_____
First Name        Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (*If known*):    _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A─1

# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1.   **What is your marital and filing status?** Check one only.

☑ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

  ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

  ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | $ **3,100.00** | $ **0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | + $ **0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ **0.00** |

5.   **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | $ **0.00** | | | |
| Ordinary and necessary operating expenses | − $ **0.00** | − $ **0.00** | | | |
| Net monthly income from business, profession, or farm | $ **0.00** | $ **0.00** | **Copy here** ➔ $ **0.00** | $ **0.00** |

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1    **Gladys**      **Violeta**      **Carrasco Diaz**      Case number *(if known)*

First Name      Middle Name      Last Name

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| **6. Net income from rental and other real property** | | | | | |
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | **Copy here →** $ 0.00 | $ 0.00 | |
| **7. Interest, dividends, and royalties** | | | $ 0.00 | $ 0.00 | |
| **8. Unemployment compensation** | | | $ 0.00 | $ 0.00 | |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ……… ↓

For you ..................................................... $ 0.00

For your spouse …………………………….. $ 0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.      $ 0.00      $ 0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | **+** $ 0.00 | $ 0.00 |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.      $ **3,100.00** **+** $ 0.00 **=** $ **3,100.00**

**Total current monthly income**

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1  **Gladys**          **Violeta**          **Carrasco Diaz**          Case number *(if known)* _____

First Name          Middle Name          Last Name

---

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

   12a.  Copy your total current monthly income from line 11. …………………………………………….. **Copy line 11 here** ➔   $ **3,100.00**

   Multiply by 12 (the number of months in a year).   **x 12**

   12b.  The result is your annual income for this part of the form.   12b.   $ **37,200.00**

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.   **GA**

   Fill in the number of people in your household.   **1**

   Fill in the median family income for your state and size of household. ……………………………………………………   13.   $ **60,613.00**

   To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

   14a.  ☑  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
       Go to Part 3. Do NOT fill out or file Official Form 122A-2

   14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
       Go to Part 3 and fill out Form 122A-2.

---

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗  **/s/ Gladys Violeta Carrasco Diaz** _____          ✗ _____

   Signature of Debtor 1          Signature of Debtor 2

   Date  **3/1/2025**          Date _____
       MM/DD/YYYY          MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

Copyright © Financial Software Solutions, LLC          BlueStylus

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

3. Chapter 7 — Liquidation

4. Chapter 11— Reorganization

5. Chapter 12— Voluntary repayment plan for family farmers or fishermen

6. Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home  mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some  debts are not discharged under the law.
Therefore, you may still be responsible to pay:

7. most taxes;

8. most student loans;

9. domestic support and property settlement obligations;

10. most fines, penalties, forfeitures, and criminal restitution obligations; and

11. certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

12. fraud or theft;

13. fraud or defalcation while acting in breach of fiduciary capacity;

14. intentional injuries that you inflicted; and

15. death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form—sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the

U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + |  $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + |  $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time  and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts  set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or  5 years, depending on your income and other  factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may  still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting  in a fiduciary capacity,
- most criminal fines and restitution  obligations,
- certain debts that are not listed in your  bankruptcy papers,
- certain debts for acts that caused death or  personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

16. If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

17. All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Notice Required by 11 U.S.C. U.S.C. § 342(b) for Individuals Filing for Bankruptcy  (Form 2010)          page **4**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Northern District of Georgia

**In re**

Case No. _____

**Debtor**      **Gladys Violeta Carrasco Diaz**          Chapter    **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................. $        **1,700.00**

Prior to the filing of this statement I have received ............................. $        **1,700.00**

Balance Due ........................................................................ $            **0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

**• Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

**• Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

**• Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

1.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Filing Fee, Credit Counseling and Adversary proceedings**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**2/15/2025**
_Date_

**/s/ Evan Altman**
_Signature of Attorney_

**Evan Altman Law Office**
**8325 Dunwoody Place**
**Atlanta, GA 30350**
**EVAN.ALTMAN@LASLAWGROUP.COM**
_Name of law firm_

Official Form 2030      **Disclosure of Compensation Of Attorney For Debtor**      page 2 of 2

Copyright © Financial Software Solutions, LLC      BlueStylus

# United States Bankruptcy Court

### Northern District of Georgia

In re   **Gladys Violeta Carrasco Diaz** _____   Case No. _____
                                    Debtor(s)           Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **3/1/2025** _____            **/s/ Gladys Violeta Carrasco Diaz** _____
                                                **Gladys Violeta Carrasco Diaz**
                                                Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Bank of America**
**5001 Buford Hwy NE**
**Atlanta, GA 30341**

**Bank of America**
**Attn: Bankruptcy**
**100 North Tyron Street**
**Charlotte, NC 28255**

**Capital One**
**675 Ponce De Leon Ave NE**
**Atlanta, GA 30308**

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130**

**Crunch Fitness**
**5508 Peachtree Blvd**
**Atlanta, GA 30341**

**Driveway Finance**
**150 N Bartlett Street**
**Medford, OR 97501**

**Driveway Finance**
**596 Parsons Drive**
**Medford, OR 97501**

**Internal Revenue Service**
**Attn: Insolvency**
**401 W Peachtree Street NW**
**Atlanta, GA 30308**

**Creditor Matrix**                                        page 2 of 4

Copyright © Financial Software Solutions, LLC

**Macy's**
**PO Box 6786**
**Sioux Falls, SD 57117**

**Oportun**
**2 Circle Star Way**
**San Carlos, CA 94070**

**Oportun**
**PO Box 4085**
**Menlo Park, CA 94026**

**Regional Finance**
**322 Oak Street**
**Gainesville, GA 30501**

**Regional Finance**
**979 Batesville Road**
**Suite B**
**Greer, SC 29651**

**Synchrony Bank / Care Credit**
**4125 Windward Plaza**
**Alpharetta, GA 30005**

**Synchrony Bank / Care Credit**
**PO Box 965061**
**Orlando, FL 32896**

**Wellstar Health System**
**3000 Hospital Blvd**
**Roswell, GA 30076**

**Wellstar Health System**
**793 Sawyer Road**
**Marietta, GA 30066**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

page 4 of 4

Copyright © Financial Software Solutions, LLC